UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION    MDL No. 2327

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached on July 21, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. The Panel has now been advised that these actions were remanded to Los Angeles County Superior Court, California, in various orders filed on July 21, 2015.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as CTO-185 filed on July 21, 2015, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**  MDL No. 2327

### SCHEDULE CTO-185 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15‑05315 | Florence Buchanan v. Johnson and Johnson, et al. |
| CAC | 2 | 15‑05317 | Sara Carmona v. Johnson & Johnson, et al. |
| CAC | 2 | 15‑05371 | Mary Orsi v. Johnson and Johnson, et al. |
| CAC | 2 | 15‑05382 | Xochilt Robinson v. Johnson and Johnson, et al. |
| CAC | 2 | 15‑05385 | Vickie Skelton v. Johnson and Johnson, et al. |