# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        **December 3, 2015**

LOCATION OF HEARING SESSION:   Hale Boggs Federal Building
                                United States Courthouse
                                Courtroom C-501, 5th Floor
                                500 Poydras Street
                                New Orleans, Louisiana  70130

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **November 16, 2015.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the Eastern District of Louisiana

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on December 3, 2015, the Panel will convene a hearing session in New Orleans, Louisiana, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_Sarah Vance_
_____
Sarah S. Vance
Chair

Marjorie O. Rendell          Charles R. Breyer
Lewis A. Kaplan              Ellen Segal Huvelle
R. David Proctor             Catherine D. Perry

SCHEDULE OF MATTERS FOR HEARING SESSION
December 3, 2015 ‑‑ New Orleans, Louisiana

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2665 ‑ **IN RE: MCCORMICK & COMPANY, INC., PEPPER PRODUCTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendant McCormick & Company, Inc., to transfer the following actions to the United States District Court for the District of Maryland:

Eastern District of California

MARSH v. MCCORMICK & COMPANY, INC., C.A. No. 2:15‑01625

Southern District of California

BUNTING, ET AL. v. MCCORMICK & COMPANY, INC., C.A. No. 3:15‑01648

District of Minnesota

WATKINS INCORPORATED v. MCCORMICK AND COMPANY, INC.,
    C.A. No. 0:15‑02688

Eastern District of New York

DUPLER v. MCCORMICK & COMPANY, INC., C.A. No. 2:15‑03454

MDL No. 2666 ‑ **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff William Lichlyter to transfer the following actions to the United States District Court for the District of Minnesota:

Northern District of Alabama

RHOTON, ET AL. v. 3M COMPANY, ET AL., C.A. No. 2:15‑01306

Eastern District of Arkansas

EDWARDS v. 3M COMPANY, ET AL., C.A. No. 4:15‑00465

District of Kansas

JOHNSON v. 3M COMPANY, ET AL., C.A. No. 2:14‑02044

District of Minnesota

LICHLYTER v. 3M COMPANY, ET AL., C.A. No. 0:15‑03139
NAYLOR v. 3M COMPANY, ET AL., C.A. No. 0:15‑03140
NOTTINGHAM v. 3M COMPANY, ET AL., C.A. No. 0:15‑03141
SCHACKMANN v. 3M COMPANY, ET AL., C.A. No. 0:15‑03142
REED v. 3M COMPANY, ET AL., C.A. No. 0:15‑03143
GRUSHESKY v. 3M COMPANY, ET AL., C.A. No. 0:15‑03328
LIBBY v. 3M COMPANY, ET AL., C.A. No. 0:15‑03329
WILLIAMS v. 3M COMPANY, ET AL., C.A. No. 0:15‑03331
ROSTEN v. 3M COMPANY, ET AL., C.A. No. 0:15‑03338

Northern District of Ohio

KENT, ET AL. v. 3M COMPANY, ET AL., C.A. No. 1:15‑01661

Southern District of Texas

WALTON v. 3M COMPANY, ET AL., C.A. No. 4:13‑01164

MDL No. 2667 – **IN RE: MEDICAL INFORMATICS ENGINEERING, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff Terri Greulich to transfer the following actions to the United States District Court for the Southern District of California:

Southern District of California

GREULICH v. MEDICAL INFORMATICS ENGINEERING, INC.,
  C.A. No. 3:15‑01750

Northern District of Indiana

YOUNG, ET AL.  v. MEDICAL INFORMATICS ENGINEERING, INC.,
  C.A. No. 1:15‑00197
HILL, ET AL. v. MEDICAL INFORMATICS ENGINEERING, INC.,
  C.A. No. 1:15‑00204
POOL v. MEDICAL INFORMATICS ENGINEERING, INC., C.A. No. 1:15‑00209
JONES v. MEDICAL INFORMATICS ENGINEERING, INC., C.A. No. 1:15‑00215
HARRIS v. MEDICAL INFORMATICS ENGINEERING, INC., C.A. No. 1:15‑00225

      <u>Southern District of Indiana</u>

HAYES, ET AL. v. MEDICAL INFORMATICS ENGINEERING, INC.,
   C.A. No. 1:15−01308

     <u>District of Kansas</u>

SCHUTTLER v. MEDICAL INFORMATICS ENGINEERING, INC.,
   C.A. No. 2:15−09210

      <u>Western District of Washington</u>

MOORE v. MEDICAL INFORMATICS ENGINEERING, INC., C.A. No. 3:15−05595

**MDL No. 2668 − IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION**

Motion of plaintiff Ninth Inning Inc. d/b/a The Mucky Duck to transfer the following actions to the United States District Court for the Central District of California:

      <u>Central District of California</u>

ABRAHAMIAN v. NATIONAL FOOTBALL LEAGUE, INC., ET AL.,
   C.A. No. 2:15−04606
NINTH INNING, INC. v. NATIONAL FOOTBALL LEAGUE, INC., ET AL.,
   C.A. No. 2:15−05261
ROOKIES SPORTS CAFE, L.L.C., ET AL. v. NATIONAL FOOTBALL LEAGUE,
   INC., ET AL., C.A. No. 2:15−05813
1465 3RD AVE. REST. CORP. v. NATIONAL FOOTBALL LEAGUE, INC.,
   ET AL., C.A. No. 2:15−06145
MAIN STREET AMERICA LTD. v. NATIONAL FOOTBALL LEAGUE, INC.,
   ET AL., C.A. No. 2:15−06402

      <u>Southern District of New York</u>

8812 TAVERN CORP. D/B/A BENCH SPORTS BAR, ET AL. v. NATIONAL
   FOOTBALL LEAGUE, INC., ET AL., C.A. No. 1:15−06771

MDL No. 2669 – **IN RE: ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff Jane Doe to transfer the following actions to the United States District Court for the Eastern District of Missouri:

Northern District of Alabama

DOE v. AVID LIFE MEDIA, INC., ET AL., C.A. No. 6:15‑01464

Central District of California

DOE v. AVID LIFE MEDIA, INC., ET AL., C.A. No. 2:15‑06405
DOE 1, ET AL. v. AVID LIFE MEDIA, INC., ET AL., C.A. No. 8:15‑01347

Eastern District of Missouri

DOE v. AVID LIFE MEDIA, INC., C.A. No. 4:15‑01132

Northern District of Texas

DOE v. AVID LIFE MEDIA, INC., C.A. No. 3:15‑02750

MDL No. 2670 – **IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION**

Motion of plaintiff Olean Wholesale Grocery Cooperative, Inc., to transfer the following actions to the United States District Court for the Southern District of California:

Northern District of California

AFFILIATED FOODS, INC. v. TRI‑UNION SEAFOODS, LLC, ET AL., C.A. No. 3:15‑03815
PIGGLY WIGGLY ALABAMA DISTRIBUTING CO., INC. v. BUMBLE BEE FOODS, LLC, ET AL., C.A. No. 3:15‑03906

Southern District of California

OLEAN WHOLESALE GROCERY COOPERATIVE, INC., ET AL. v. BUMBLE BEE FOODS LLC, ET AL., C.A. No. 3:15‑01714
PACIFIC GROSERVICE, INC. v. BUMBLE BEE FOODS LLC, ET AL., C.A. No. 3:15‑01791
YOUNGBLOOD v. BUMBLE BEE FOODS LLC, ET AL., C.A. No. 3:15‑01863

CAPITOL HILL SUPERMARKET v. BUMBLE BEE FOODS LLC, ET AL.,
   C.A. No. 3:15‑01867
MATTHEWS v. BUMBLE BEE FOODS LLC, ET AL., C.A. No. 3:15‑01878
WALNUM v. BUMBLE BEE FOODS LLC, ET AL., C.A. No. 3:15‑01887

   <u>Southern District of Mississippi</u>

HARVESTERS ENTERPRISES, LLC v. BUMBLE BEE FOODS LLC, ET AL.,
   C.A. No. 3:15‑00628

**MDL No. 2671 – IN RE: QUEST INTEGRITY USA, LLC, ('874) PATENT LITIGATION**

   Motion of plaintiff Quest Integrity USA, LLC, to transfer the following actions to the
United States District Court for the District of Delaware:

   <u>District of Delaware</u>

QUEST INTEGRITY USA LLC v. CLEAN HARBORS INDUSTRIAL SERVICES
   INC., C.A. No. 1:14‑01482
QUEST INTEGRITY USA LLC v. COKEBUSTERS USA INC., C.A. No. 1:14‑01483

   <u>Western District of Washington</u>

QUEST INTEGRITY USA, LLC v. A.HAK INDUSTRIAL SERVICES US, LLC,
   C.A. No. 2:14‑01971

**MDL No. 2672 – IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES
   PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

   Motion of plaintiff Christopher J. D'Angelo to transfer the following actions to the United
States District Court for the Central District of California; motion of plaintiffs Peter Brewitt, et
al., to transfer the following actions to the United States District Court for the Eastern District of
Virginia; and motion of plaintiff Holly Harris to transfer the following actions to the United
States District Court for the Southern District of Texas:

   <u>Northern District of Alabama</u>

WARREN MANUFACTURING INCORPORATED, ET AL. v. VOLKSWAGEN
   GROUP OF AMERICA, INC., C.A. No. 2:15‑01655
REDMOND v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 5:15‑01648
LUCAS, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
   C.A. No. 5:15‑01672

    <u>Central District of California</u>

NETKIN v. VOLKSWAGEN OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07367
MITSUDA v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07375
ANGELO v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15−07390
STEELE v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15−07391
WALKER v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07395
YELL v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07429
MACAULEY v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07430
STRICKLIN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  ET AL., C.A. No. 2:15−07431
TEMKIN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 2:15−07432
GIAUQUE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 2:15−07473
WEISS, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 2:15−07474
CROSSON, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07475
KOUDSI, INC. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 2:15−07477
HILL v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 2:15−07517
MCCABE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 5:15−01930
HENDRICKS v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 5:15−01948
DELL'AQUILA, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 8:15−01525

    <u>Northern District of California</u>

GOODRICH, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 3:15−04397
DRURY, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 3:15−04401
FIOL v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 4:15−04278
BENIPAYO, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 4:15−04314

HALL v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 4:15−04340
MAYERSON, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 4:15−04390
LAU, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 5:15−04302

    Southern District of California

BENNETT v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15−02106
KARCSAY v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15−02110
HANDAL v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15−02127

    District of Colorado

STANLEY v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15−02113

    Middle District of Florida

SMITH v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15−00570

    Southern District of Florida

LOWRANCE v. VOLKSWAGEN AG, ET AL., C.A. No. 0:15−61993
WEILAND v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 9:15−81316

    Middle District of Georgia

WEST v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15−00093

    Northern District of Georgia

SILVERMAN v. VOLKSWAGEN AG, ET AL., C.A. No. 1:15−03332

    Northern District of Illinois

DORN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 1:15−08286

    Southern District of Illinois

SMITH v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15−01053
LANCE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 3:15−01058

Southern District of Iowa

GALL v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
    C.A. No. 3:15‒00106

District of Kansas

BUSTAMANTE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
    C.A. No. 2:15‒09278

Eastern District of Kentucky

TRIPLETT v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
    C.A. No. 0:15‒00076

Western District of Kentucky

WAGNER v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:15‒00748

District of Maryland

FELDMAN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
    C.A. No. 1:15‒02894

District of Massachusetts

NAPARSTEK v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15‒13418
BONDA v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15‒13419
KERWOOD v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15‒13435

Eastern District of Michigan

CARROLL v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15‒13360

Western District of Missouri

HENLEY v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 4:15‒00734

District of New Jersey

LEVIN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15‒06985
CRISTON v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15‒06988
DEFIESTA, ET AL. v. VOLKSWAGEN GROUP OF AMERICA INC.,
    C.A. No. 2:15‒07012

    <u>Eastern District of New York</u>

CLINTON, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 1:15‒05497
ENDY, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 1:15‒05516

    <u>Western District of North Carolina</u>

VINSON v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15‒00213

    <u>Northern District of Ohio</u>

KINDSVATTER, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 5:15‒01958

    <u>Southern District of Ohio</u>

FARMER v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:15‒00615

    <u>District of Oregon</u>

BRICKER v. VOLKSWAGEN GROUP OF AMERICA, C.A. No. 3:15‒01785

    <u>Eastern District of Tennessee</u>

HENDERSON v. VOLKSWAGEN GROUP OF AMERICA, INC.,
  C.A. No. 1:15‒00248
SONNENBURG, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 1:15‒00250
BULLARD v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
  C.A. No. 1:15‒00251

    <u>Southern District of Texas</u>

HARRIS v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:15‒00405

    <u>District of Utah</u>

CATLETT v. VOLKSWAGEN GROUP OF AMERICA, C.A. No. 2:15‒00681

    <u>Eastern District of Virginia</u>

BREWITT, ET AL. v. VOLKSWAGEN AG, ET AL., C.A. No. 1:15‒01223

MDL No. 2673 – **IN RE: TREASURY SECURITIES AUCTION ANTITRUST LITIGATION**

Motion of plaintiffs State-Boston Retirement System and Arkansas Teacher Retirement System to transfer the following actions to the United States District Court for the Southern District of New York:

Northern District of Illinois

THE POLICE RETIREMENT SYSTEM OF ST. LOUIS v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–08417

Southern District of New York

STATE–BOSTON RETIREMENT SYSTEM v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05794
BEAVER COUNTY EMPLOYEES' RETIREMENT FUND, ET AL. v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05807
ARKANSAS TEACHER RETIREMENT SYSTEM v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05830
FEDERIGHI v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05843
UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI–STATE PENSION FUND v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05931
INTER–LOCAL PENSION FUND GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05939
UNITED INTERNATIONAL INSURANCE COMPANY v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–05957
IBEW LOCAL 640 ARIZONA CHAPTER NECA PENSION TRUST FUND v. BMO CAPITAL MARKETS CORP., ET AL., C.A. No. 1:15–06003
CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, ET AL. v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–06072
RUTGERS ENHANCED INSURANCE COMPANY v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–06129
ST. JOHN v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–06139
OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–06474
CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, ET AL. v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15–06782

UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 &
  PARTICIPATING EMPLOYERS PENSION FUND v. BANK OF NOVA SCOTIA,
  NEW YORK AGENCY, ET AL., C.A. No. 1:15‒06853
FOUTS v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL.,
  C.A. No. 1:15‒06892
EMPLOYEES RETIREMENT SYSTEM OF RHODE ISLAND, ET AL. v. BANK OF
  NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15‒07006
CITY OF ATLANTA FIREFIGHTERS' PENSION FUND v. BANK OF
  NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15‒07111
VARNER v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL.,
  C.A. No. 1:15‒07325
FRANKLIN, ET AL. v. BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL.,
  C.A. No. 1:15‒07329
LABORERS LOCAL 100 AND 397 HEALTH AND WELFARE FUND, ET AL. v.
  BANK OF NOVA SCOTIA, NEW YORK AGENCY, ET AL., C.A. No. 1:15‒07385
BANK OF JERUSALEM, LTD. v. BANK OF NOVA SCOTIA, NEW YORK
  AGENCY, ET AL., C.A. No. 1:15‒07390
ALASKA ELECTRICAL PENSION FUND v. BANK OF NOVA SCOTIA, NEW
  YORK AGENCY, ET AL., C.A. No. 1:15‒07420
ENDEAVOR TRADING, LLC v. BANK OF NOVA SCOTIA, NEW YORK AGENCY,
  ET AL., C.A. No. 1:15‒07481

  District of Virgin Islands

EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
  VIRGIN ISLANDS v. BANK OF NOVA SCOTIA, NEW YORK AGENCY,
  ET AL., C.A. No. 1:15‒00055

MDL No. 2674 ‒ **IN RE: LIVE FACE ON WEB, LLC, COPYRIGHT LITIGATION**

Motion of defendant Florida State Realty Group, Inc., to transfer the following actions to
the United States District Court for the Middle District of Florida:

  Central District of California

LIVE FACE ON WEB, LLC v. AMERICAN MATAR INTERNATIONAL, INC.,
  ET AL., C.A. No. 2:15‒05190
LIVE FACE ON WEB, LLC v. GREGORY S. SANDERSON, ET AL.,
  C.A. No. 2:15‒06358
LIVE FACE ON WEB, LLC v. THE GREEN GARMENTO, LLC, ET AL.,
  C.A. No. 2:15‒06363
LIVE FACE ON WEB, LLC v. LONG NGOC PHAN DMD, INC., ET AL.,
  C.A. No. 5:15‒01388

LIVE FACE ON WEB, LLC v. AZ METROWAY, INC., ET AL.,
   C.A. No. 5:15‒01701
LIVE FACE ON WEB, LLC v. AMERICAN COMPANION AND CAREGIVERS,
   INC., ET AL., C.A. No. 5:15‒01702

     Middle District of Florida

LIVE FACE ON WEB, LLC v. JACKSON & JOYCE FAMILY DENTISTRY,
    P.L., C.A. No. 5:15‒00232
LIVE FACE ON WEB, LLC v. EXPO DESIGN, INC., C.A. No. 6:15‒00729
LIVE FACE ON WEB, LLC v. DRUTMAN, C.A. No. 8:15‒01128

     Southern District of Florida

LIVE FACE ON WEB, LLC v. FLORIDA STATE REALTY GROUP, INC.,
   C.A. No. 0:15‒60972
LIVE FACE ON WEB, LLC v. SKIN PRO INTERNATIONAL, INC.,
   ET AL., C.A. No. 1:15‒21475
LIVE FACE ON WEB, LLC v. RACHIMI, C.A. No. 9:15‒80601

     District of Maryland

LIVE FACE ON WEB, LLC v. BALTIMORE COUNTY EMPLOYEES FEDERAL
   CREDIT UNION, C.A. No. 1:15‒02018

     District of New Jersey

LIVE FACE ON WEB, LLC v. SUSSEX EQUIPMENT CORP., ET AL.,
   C.A. No. 1:15‒04081
LIVE FACE ON WEB, LLC v. SMART MOVE SEARCH, INC., ET AL.,
   C.A. No. 1:15‒04198
LIVE FACE ON WEB, LLC v. BROKERSBULLPEN, LLC, ET AL.,
   C.A. No. 1:15‒06838
LIVE FACE ON WEB, LLC v. HIPPOCRATIC SOLUTIONS, LLC, ET AL.,
   C.A. No. 1:15‒06874

     Southern District of New York

LIVE FACE ON WEB, LLC v. FIVE BORO MOLD SPECIALIST, INC.,
   C.A. No. 1:15‒04779
LIVE FACE ON WEB, LLC  v. MICHAEL ADAIR TECHNOLOGY CONSULTING
   LLC, ET AL., C.A. No. 1:15‒04809
LIVE FACE ON WEB, LLC v. BIBLIO HOLDINGS, LLC, ET AL.,
   C.A. No. 1:15‒04848

Eastern District of Pennsylvania

LIVE FACE ON WEB, LLC v. BAKER, ET AL., C.A. No. 2:15‑00862
LIVE FACE ON WEB, LLC v. THE CONTROL GROUP MEDIA COMPANY,
   INC., ET AL., C.A. No. 2:15‑01306
LIVE FACE ON WEB, LLC v. EXTREME GYM, INC., ET AL.,
   C.A. No. 2:15‑02836
LIVE FACE ON WEB, LLC v. EXPRESS SIGN OUTLET, INC., ET AL.,
   C.A. No. 5:15‑03765

Eastern District of Texas

LIVE FACE ON WEB, LLC v. SUPREME FOOD  SERVICES, INC., ET AL.,
   C.A. No. 6:15‑00654

Northern District of Texas

LIVE FACE ON WEB LLC v. THE ROBIN ARK GROUP LLC, ET AL.,
   C.A. No. 3:15‑02234
LIVE FACE ON WEB, LLC v. MCDONALD, ET AL., C.A. No. 4:15‑00490

Southern District of Texas

LIVE FACE ON WEB, LLC v. THE DOAN LAW FIRM, PC, C.A. No. 4:15‑02112
LIVE FACE ON WEB, LLC v. DOAN, C.A. No. 4:15‑02152
LIVE FACE ON WEB, LLC v. PRIMECARE ASSOCIATION, ET AL.,
   C.A. No. 7:15‑00301

Western District of Texas

LIVE FACE ON WEB, LLC v. MORENO, ET AL., C.A. No. 5:15‑00539
LIVE FACE ON WEB, LLC v. T&K BUTLER, INC., ET AL., C.A. No. 5:15‑00541

# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 1672 – **IN RE: EXPRESS SCRIPTS, INC., PHARMACY BENEFITS MANAGEMENT LITIGATION**

Opposition of defendants Express Scripts, Inc., and National Prescription Administrators, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of New York:

Southern District of New York

LYNCH v. NATIONAL PRESCRIPTION ADMINISTRATORS, INC., ET AL., C.A. No. 1:03–01303

MDL No. 1880 – **IN RE: PAPST LICENSING DIGITAL CAMERA PATENT LITIGATION**

Opposition of Hewlett-Packard Company to transfer of the following actions to the United States District Court for the District of Columbia:

Northern District of California

HEWLETT–PACKARD COMPANY v. PAPST LICENSING GMBH & CO. KG, C.A. No. 3:15–02101

District of Delaware

PAPST LICENSING GMBH & CO. KG v. HEWLETT–PACKARD COMPANY, C.A. No. 1:15–00497

MDL No. 2158 – **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Rose Torres and Steve Silva to transfer of their respective following actions to the United States District Court for the District of New Jersey:

District of New Mexico

TORRES v. HASSINGER, ET AL., C.A. No. 1:15–00855
SILVA v. ZIMMER HOLDINGS, INC., ET AL., C.A. No. 1:15–00856

MDL No. 2187 – **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Jacqueline Weist, et al., and Shelia DeKalb, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

WEIST, ET AL. v. C.R. BARD, INC., ET AL., C.A. No. 2:15–06047
DEKALB, ET AL. v. C.R. BARD, INC., ET AL., C.A. No. 2:15–06063

MDL No. 2272 – **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Zimmer, Inc.; Zimmer Biomet Holdings, Inc., f/k/a Zimmer Holdings, Inc.; and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Eastern District of Pennsylvania

WILBANKS, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 2:15–03803

MDL No. 2326 – **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs in the Central District of California cases and defendants Frederick B. Hendricks, et al., in the District of District of Columbia action to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

ROBINSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06752
JONES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06753
NELSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06754
KERR v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06755
FEUCHTWANGER v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
    C.A. No. 2:15–06756
FLORES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06757
JORDAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06760
MITCHELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06761
GRANT v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–06762

PETERSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06763
ADKINS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06764
MULLINS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06765
KINSEY, ET AL. v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
   C.A. No. 2:15‑06768
BEHEL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06769
TOWERY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06771
WARREN v. BOSTON SCIENTIFIC CORPORATION, C.A. No. 2:15‑06773
MARTIN v. BOSTON SCIENTIFIC CORPORATION, C.A. No. 2:15‑06774
WEAVER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06776
BISHOP v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06777
WEBB v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06778
DALE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06781
FLORES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06782
YARBROUGH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06785
BERGIN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06787
BENSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06788
HOLMAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06790
BOUTWELL v. BOSTON SCIENTIFIC CORPORATION, C.A. No. 2:15‑06791
WASCHKOWSKI v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
    C.A. No. 2:15‑06792
ENGLAND v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06793
CHRISTIAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06795
HALE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06796
GILLUM v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06799
AINESWORTH v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
   C.A. No. 2:15‑06800
JORDAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06804
JENNINGS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06806
GIORDANO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06809
KREDER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06810
SOKERKA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06811
MCQUISTON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06815
BRANHAM v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06816
HODGES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06817
ROBERTS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06820
BOND v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06824
KING v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06825
MACMURDO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06827
ROMERO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‑06828
OLIVER‑STITT v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
   C.A. No. 2:15‑06829
BLANKENSHIP v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
   C.A. No. 2:15‑06830

REIMOND v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06832
STANLEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06833
MOOREHEAD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06836
CALHOUN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06837
PATE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06838
REYNOLDS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06839
FLOYD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06841
CAMPBELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06844
RICHARDS v. BOSTON SCIENTIFIC CORPORATION, C.A. No. 2:15‒06845
MCALISTER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06846
SANDERS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06847
THOMPSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06848
HAYMES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06849
LACKEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06850
ALGAIER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06851
KMIECIAK v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06852
KELLEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06853
LINGNAU v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06854
NIMMER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06855
MARET v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06856
NAVARRO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06857
PRUETT v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06858
RIVERA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06859
SCARAMUZZINI v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
   C.A. No. 2:15‒06862
LEARD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06863
BALLARD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06864
TITTLE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06865
TORRES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06868
BOSHERS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06869
BABB v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06871
HATCHER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06872
CRAIG v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06873
PHILLIPS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06875
BRENNER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06877
DEAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06879
RED v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06882
LEFLEUR v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06883
HUNT v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06885
HARPER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06887
BARRAZA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06890
HOWE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06892
WILLIAMS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06895
ALLEN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06896

NOVOTNY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06897
GRIFFIN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06898
JOHNSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06901
STONE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06902
BARTON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06904
ANDERSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06905
KNOX v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06909
BAGBY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06911
MAUCK v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06913
LEACH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06914
MCCORKLE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06916
NEIGHBORS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06917
PROUT v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06918
CAMPBELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06920
MORALES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06921
RAINES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06922
TERRELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06924
DABNEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06925
ROGERS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06926
LESTER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06927
PIRKLE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06929
HENRY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06931
PHILLIPS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06932
GARZA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06934
ROWE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06937
CHACON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06938
SEARLES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06939
RODRIGUEZ v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06940
THOMPSON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06941
CRAVEN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06942
CARPENTER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06944
CARNEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06945
SPROUSE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06946
FISHER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06947
SANSOM v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06948
SMITH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06949
QUINTERO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06951
JEANE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06952
SITES v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06953
MARTIN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06956
WOOTTON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06957
RIEGEL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06958
CROWE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06960
WYMAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15−06961

POWE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06963
STEPP v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06966
MCCARTHY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06967
WALLACE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06970
MAXWELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06971
MORRISON‒MCCOOL v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
      C.A. No. 2:15‒06972
CARRIE LEWIS v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
      C.A. No. 2:15‒06973
PETRICH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06974
SMITH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06975
HOYER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06976
SLYE v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06977
SNODGRASS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06978
OHLER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06979
SERRANO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06980
MOSLEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06981
VODICKA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06982
SPARKS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06983
SULLIVAN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06984
CLAYTON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06985
TAYLOR v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06986
DAMVERVAL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06987
FULLEN v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06988
COOPER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06989
WILLIAMS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06990
HARRIS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06991
EDGAR v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06992
FRY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06993
BIVINS v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06994
DOLBEE‒NORRIS v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
      C.A. No. 2:15‒06995
GARCIA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06996
LANDON v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06997
CROWELL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06998
CLARK v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒06999
GRANCHEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07000
MCLEOD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07001
HITCHCOCK, ET AL. v. BOSTON SCIENTIFIC CORPORATION, ET AL.,
      C.A. No. 2:15‒07002
MANSEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07003
HELM v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07004
KEISER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07005
HULSEY v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15‒07007

- 19 -

KOWARSH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07008
JELACO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07009
LIMBASUTA v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07010
MCDONALD v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07011
AQEL v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07012
POPER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07013
CAMACHO v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07014
PORTER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07015
GOFORTH v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 2:15–07019

District of  District of Columbia

SMITH v. HENDRICKS, ET AL., C.A. No. 1:15–01226

## MDL No. 2327 – **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Florence Buchanan, Sara Carmona, Mary Orsi, Xochilt Robinson, and Vickie Skelton to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

BUCHANAN v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15–05315
CARMONA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:15–05317
ORSI v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15–05371
ROBINSON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15–05382
SKELTON v. JOHNSON AND JOHNSON, ET AL., C.A. No. 2:15–05385

## MDL No. 2391 – **IN RE: BIOMET M2A MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Donald Wayne Eastman to transfer of the following action to the United States District Court for the Northern District of Indiana:

Western District of Arkansas

EASTMAN v. BIOMET ORTHOPEDICS, LLC, ET AL., C.A. No. 1:15–01056

MDL No. 2418 – **IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs Richard F. Chandler, Mary L. Rice, and Rose H. Davis to transfer of their respective following actions to the United States District Court for the District of New Jersey:

District of Delaware

CHANDLER v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 1:15‑00685
RICE v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL., C.A. No. 1:15‑00737
DAVIS v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL., C.A. No. 1:15‑00774

MDL No. 2428 – **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Carlotta Jerry and defendant Renal Treatment Centers-West, Inc., to transfer of the following action to the United States District Court for the District of Massachusetts:

Western District of Oklahoma

JERRY v. FRESENIUS USA, INC., ET AL., C.A. No. 5:15‑00937

MDL No. 2434 – **IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Jennifer Miller, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Eastern District of Missouri

MILLER, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC.,
    C.A. No. 4:15‑01401

MDL No. 2441 – **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Nancy Ann Brushwood; Marvin L. Dees; Parker D. Ingram, et al.; Nicholas Anthony Taylor, et al.; and Jackson A. Todd to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Western District of Oklahoma

BRUSHWOOD v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 5:15–00917
DEES v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 5:15–00918
INGRAM, ET AL. v. HOWMEDICA OSTEONICS CORP., ET AL.,
   C.A. No. 5:15–00919
TAYLOR, ET AL. v. HOWMEDICA OSTEONICS CORP., ET AL.,
   C.A. No. 5:15–00920
TODD, ET AL. v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 5:15–00921

MDL No. 2493 – **IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Oppositions of plaintiffs Michael C. Worsham and Brian D. Kaider to transfer of their respective following actions to the United States District Court for the Northern District of West Virginia:

District of Maryland

WORSHAM v. MONITRONICS INTERNATIONAL, INC., ET AL.,
   C.A. No. 1:15–02139
KAIDER v. MONITRONICS INTERNATIONAL, INC., C.A. No. 8:15–02138

MDL No. 2543 – **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION**

Motion of defendant General Motors LLC to transfer the following action to the United States District Court for the Southern District of New York:

Central District of California

SUSAN E. HAMMATT, ET AL. v. GENERAL MOTORS COMPANY, ET AL.,
   C.A. No. 5:15–01559

- 22 -

MDL No. 2545 – **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Alvin Liggins, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Eastern District of Missouri

LIGGINS, ET AL. v. ABBVIE, INC., ET AL., C.A. No. 4:15‒01434

MDL No. 2592 – **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

District of Delaware

WALLACE v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 1:15‒00764
PADGETT, ET AL. v. JANSSEN PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 1:15‒00770
STEPHENS, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 1:15‒00771
FURCHAK v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 1:15‒00778
NEWER v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 1:15‒00797
CONWAY, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 1:15‒00798
AUGLUR, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 1:15‒00803
EPTON v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 1:15‒00823

Eastern District of Missouri

APPEL, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 4:15‒01198
GLENN, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 4:15‒01341
BOOKER, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
  C.A. No. 4:15‒01346

MDL No. 2595 – **IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Opposition of plaintiff Aubrey J. Ferrao to transfer of the following action to the United States District Court for the Northern District of Alabama:

Middle District of Florida

FERRAO v. COLLIER HMA PHYSICIAN MANAGEMENT, LLC, ET AL., C.A. No. 2:15–00519

MDL No. 2599 – **IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Annette Reid to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Eastern District of Texas:

Eastern District of Texas

REID v. TAKATA CORPORATION, ET AL., C.A. No. 1:15–00335

MDL No. 2606 – **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Mary Moore, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Eastern District of Missouri

MOORE, ET AL. v. DAIICHI SANKYO, INC., ET AL., C.A. No. 4:15–01156

MDL No. 2643 - **IN RE: MOHAMMED AHMED HASSAN ABDALLAH OMRAN LITIGATION**

Motion of plaintiff Mohammed Ahmed Hassan Abdallah Omran for reconsideration of the Panel's decision to deny transfer of the following actions to the United States District Court for the District of Massachusetts:

District of Massachusetts

OMRAN v. UNITED STATES OF AMERICA, ET AL., C.A. No. 1:14–13881

District of New Hampshire

OMRAN v. BLEEZARDE, ET AL., C.A. No. 1:15–00190

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)     The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)     the dispositive issue(s) have been authoritatively decided; or
(ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)     Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.